**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDEN JOHNSON,<br><br>          Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY, <u>et al.</u>,<br><br>          Defendants. | No. 2:06-CV-0169-RRB-GGH<br><br>**<u>ORDER DENYING DEFENDANTS'</u>**<br>**<u>MOTION FOR RECONSIDERATION</u>**<br>**<u>BUT GRANTING BIFURCATION</u>** |

At **Docket 46** are Defendants County of Sacramento, <u>et al.</u> ("Defendants") with a Motion for Reconsideration of Court's Ruling on Defendants' Motion for Summary Judgment or in the Alternative, Partial Summary Judgment. The motion is opposed at Docket 48 and, for reasons stated herein, is hereby **DENIED**.

Plaintiff's expert testified that certain videotapes showed deputies acting with excessive force. Docket 48 at 3 (citations omitted).

If a jury concludes the deputies were indeed acting with excessive force, and everything the deputies did was within the department's policies, customs, and practices, as set forth by Defendants' agents, i.e., Captain Iwasa, and Sheriff McGinness,

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION - 1
2:06-CV-0169-RRB-GGH

than a jury <u>could</u> further find that Defendants have a custom, practice or policy of excessive force.  As a consequence, the Court concludes triable issues of fact exist as to whether: (1) such a policy and/or custom exists; and (2) this policy and/or custom was the moving force behind the alleged excessive force used against Plaintiff.  <u>Monell v. Department of Social Services of City of New York</u>, 436 U.S. 658, 694-95 (1978)(since this case may involve official policies and/or customs as the moving force of the alleged constitutional violation, triable issues of fact exist).

However, the first issue the jury must consider is whether excessive force was employed in this case.  If it was not, there will be no need to address the <u>Monell</u> issue.  Therefore, the Court will bifurcate the issues for trial.  If the jury finds that excessive force was employed in this matter, additional testimony will be taken and the jury will be asked to address the <u>Monell</u> issue.

**ENTERED** this 27th day of September, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION - 2
2:06-CV-0169-RRB-GGH