original
11/7/07



FILED
NOV 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN JOHNSON,<br><br>      Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY<br><br>      Defendants. | Case No. 2:06-cv-0169-RRB<br><br>**VERDICT** |

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

**QUESTION NO. 1**: Do you find, by a preponderance of the evidence, that Defendant, County of Sacramento Sheriff's Department, used excessive force against Plaintiff, Branden Johnson?

    **ANSWER:**   YES  _X_    NO _____

If you answered "NO" to Question No. 1, then please sign, date, and return this verdict.

If you answered "YES" to Question No. 1, then proceed to Question No. 2

**QUESTION NO. 2:** Do you find, by a preponderance of the evidence, that Defendants' use of excessive force was a substantial factor in causing harm to Branden Johnson?

**ANSWER:** YES  X   NO _____

If you answered "NO" to Question No. 2, please sign, date, and return this Verdict.

If you answered "YES" to Question No. 2, then proceed to Question No. 3.

**QUESTION NO. 3:** Do you find, by a preponderance of the evidence, that Branden Johnson was negligent, as defined in Instruction No. 21 at the time of this incident?

**ANSWER:** YES  X   NO _____

If you answered "YES" to Question No. 3, please set forth the percentage by which Branden Johnson's damages should be reduced as a result of his own negligence.

**ANSWER:** __90__ % of negligence

Proceed to Question No. 4.

**QUESTION NO. 4:** What are Branden Johnson's damages?

1. **Economic Damages:**

   A. Property Loss:          $ __150__

2. **Non-Economic Damages:**

   A. Past & Future Pain and
      Suffering:               $ __10,000__

B.  Past and Future Loss of
    Enjoyment of Life:                    $ 10,000

**TOTAL:**                                 $ 20,150

DATED this 7th day of November, 2007.

                         Greg J Caldwell
                         FOREPERSON