

NOV 7 2007

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY<br><br>            Defendants. | Case No. 2:06-cv-0169-RRB<br><br>**SUPPLEMENTAL VERDICT** |

We, the jury in the above-entitled action, find the following supplemental verdict on the question submitted to us:

**QUESTION:** Having found that excessive force was used in this matter, please set forth whether you found that Plaintiff, Branden Johnson, was thrown on the roof of the patrol car and from there to the ground.

**ANSWER:**     YES _____        NO __X__

ENTERED this __7th__ day of November, 2007.