Branden Johnson,

    Plaintiff,

VS

Sacramento County

    Defendants

FILED
NOV 7 2007
CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

Case No 2:06c 0169 RR

## Second Supplemental Verdict

Question: Please set forth the incidents wherein you found that excessive force took place?

1) SLAP TO THE FACE DURING BOOKING PHOTO.
2) IN SAFETY CELL OFFICER KNELT WITH FULL BODY WEIGHT ON MR ~~JONSON~~ JOHNSON'S RIGHT LEG

Entered this 7th of Nov, 2007

/s/ J Caldwell