IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY,<br><br>　　　　Defendant. | Case No. 2:06-cv-0169-RRB<br><br>**ORDER DENYING NEW TRIAL** |

　　　　Before the Court, at Docket 123, is Plaintiff's Motion for New Trial.  It is opposed by Defendant.  Having reviewed the pleadings in this matter, the Court concludes that a hearing is not necessary.

　　　　As the Court explained in its earlier order at Docket 121, Plaintiff failed to develop any evidence of a <u>Monell</u> claim during discovery and no such evidence was available for presentation at trial. Plaintiff's expert never asserted in his pre-trial disclosures, or otherwise, an opinion regarding the <u>Monell</u> issue, nor did any of the lay witnesses Plaintiff proposed to present have relevant testimony on this subject. The Court, however, left the door open for a legal argument posed by Plaintiff

that a finding of excessive force against Defendant might automatically establish a Monell claim. This was the only possible way Plaintiff could recover under Monell given the available evidence. Therefore, there was no need to instruct the jury regarding the Monell claim. Upon reflection, the Court concluded that Plaintiff's legal theory regarding Monell lacked merit and denied Plaintiff's Monell claim.

Plaintiff was able to thoroughly present his claims in this matter. The jury, however, concluded that Plaintiff's injuries were caused primarily by his own conduct and thus found him 90% comparatively negligent. There is no basis for a new trial.

Plaintiff's Motion for New Trial is therefore **DENIED.**

ENTERED this 17th day of January, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE