IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY, <u>et</u> <u>al.</u>,<br><br>　　　　Defendants. | Case No. 2:06-cv-0169-RRB<br><br>**<u>ORDER REGARDING</u>**<br>**<u>COST BILL</u>** |

　　　　Before the Court at Dockets 109, 110, and 112 are cost bills submitted by Plaintiff.  Defendant objects at Docket 113.  The cost bills submitted are in some instances duplicative and not justified by law.

　　　　A single cost bill shall be filed in this matter, not one by each attorney who has appeared for Plaintiff.  Moreover, the costs requested shall comply with both the local rules and the appropriate Federal Rules of Civil Procedure.  Plaintiff shall not request costs not authorized by law or supported by invoice.  Plaintiff may have until the close of business on **March 10, 2008**, in which to file an amended consolidated cost bill.  Defendant

PRETRIAL ORDER - 1
2:06-CV-0169-RRB

shall have until the close of business on **March 21, 2008**, to submit any opposition.

The hearing currently scheduled in this matter for March 5, 2008, is **VACATED.**

ENTERED this 29th day of February, 2008.

```
                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE
```